[929 NE2d 387, 903 NYS2d 325]

PARKER REALTY GROUP, INC., Appellant, v A. MICHELLE PETIGNY, Individually and as President of Eastern Parkway Holdings LLC, Respondent, et al., Defendants.

Decided May 6, 2010

APPEARANCES OF COUNSEL

*Kip Lenoir*, New York City, for appellant.
*Howard L. Sherman*, Ossining, for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs. Recovery under the theory of quantum meruit is

not appropriate where, as here, an express contract governed the subject matter involved (*Miller v Schloss*, 218 NY 400, 406-407 [1916]; *see also Julien J. Studley, Inc. v New York News*, 70 NY2d 628, 629 [1987]). Additionally, plaintiff failed to establish that the parties modified their exclusive brokerage agreement. In the absence of a valid governing exclusive brokerage agreement, plaintiff was not entitled to a commission on the sale to the ultimate buyer, as it was not the procuring cause of the sale (*see Greene v Hellman*, 51 NY2d 197, 206 [1980]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.